UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN HENRY CARVIN, JR.,

        Plaintiff,                Case Number: 2:12-CV-12363

v.                                     HONORABLE STEPHEN J. MURPHY, III

HEIDI WASHINGTON, et al.,

        Defendants.
_____/

**ORDER ADOPTING REPORT & RECOMMENDATION (docket no. 14)
AND GRANTING MOTION FOR SUMMARY JUDGMENT (docket no. 12)**

This matter is before the Court for review of the magistrate judge's Report and Recommendation ("Report") of November 30, 2012. The magistrate judge recommends the Court grant Defendants' Motion for Summary Judgment and dismiss the case without prejudice.

A copy of the Report was served upon the parties on November 30, 2012. Pursuant to Civil Rule 72(b)(2), each party had fourteen days from that date in which to file any specific written objections to the recommended disposition. Neither party has filed any objections, therefore de novo review of the magistrate judge's finding is not required. *See* Fed. R. Civ. P. 72(b)(3) (requiring de novo review by a district judge only for "any part of the magistrate judge's disposition that has been properly objected to")*.*

Having reviewed the file and the Report, the Court finds that the magistrate judge's analysis is proper. Accordingly, the Court adopts the Report's findings and conclusions, and will enter an appropriate judgment.

**WHEREFORE** it is hereby **ORDERED** that the magistrate judge's Report and

Recommendation of November 30, 2012 (docket no. 14) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (docket no. 12) is **GRANTED**. Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**.

s/Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: December 20, 2012

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 20, 2012, by electronic and/or ordinary mail.

Carol Cohron
Case Manager
